McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4036

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD J. EMME, ) | 1:06-cv-0054 OWW TAG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    The parties, through their respective counsel, stipulate that the time for responding to plaintiff's confidential letter be extended from August 4, 2006 to September 5, 2006.

    This is the parties first request for an extension of time in this case.

    On August 21, 2006, defendant e-mailed plaintiff's counsel a message that defendant had not received plaintiff's confidential letter. On August 23, 2006, plaintiff e-mailed defendant a copy of the letter and indicated that the letter was previously e-mail to defendant on July 5, 2006. However, defendant did not have a letter

1

in the file. Defendant believes that the letter must have been inadvertently lost after transmission and therefore was not timely forwarded to the Social Security Administration for preparation of a response.

Based on the above, defendant requests additional time to review the file and prepare a response in this matter.

Respectfully submitted,

Dated: August 31, 2006            /s/ Lawrence D. Rohlfing
                                  (As authorized via facsimile)
                                  LAWRENCE D. ROHLFING
                                  Attorney for Plaintiff


Dated: August 31, 2006            McGREGOR W. SCOTT
                                  United States Attorney


                                  /s/ Kristi C. Kapetan
                                  KRISTI C. KAPETAN
                                  Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:   **September 5, 2006**                  **/s/ Theresa A. Goldner**
**j6eb3d**                              UNITED STATES MAGISTRATE JUDGE

2