```
McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4036

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD J. EMME,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>    Defendant. | 1:06-cv-0054 OWW TAG<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and<br><br>REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the following action:

    1.  Re-evaluate the record evidence, including the evidence that the claimant received three surgeries on his right shoulder and two surgeries on his left knee;

    2.  Re-evaluate the claimant's testimony and credibility in accordance with the requirements of 20 C.F.R. 404.1529;

3. Evaluate the lay witness evidence, including the third party statement from the claimant's wife; and,

4. Reassess the claimant's RFC, and if warranted by the expanded record, obtain vocational expert testimony.

5. The claimant filed a subsequent application on June 21, 2005, which is currently pending in Long Beach, California. The files will be consolidated on remand.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

                                                Respectfully submitted,

Dated: October 30, 2006        /s/ Lawrence D. Rohlfing
                                        (As authorized via facsimile)
                                        LAWRENCE D. ROHLFING
                                        Attorney for Plaintiff

Dated: October 30, 2006        McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Kristi C. Kapetan
                                        KRISTI C. KAPETAN
                                        Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   October 30, 2006**        **/s/ Oliver W. Wanger**
emm0d6                                             UNITED STATES DISTRICT JUDGE